Donato Caruso [DC 7565]
Carol N. Lambos [CL 1231]
Ann Marie Flynn [AMF 9325]
THE LAMBOS FIRM
29 Broadway, 9th Floor
New York, NY 10006
(212) 943-2470
*Co-Counsel to Defendant
NYSA-ILA Contract Board
and Counsel for New York
Shipping Association, Inc.*

Kevin Marrinan [KM 6450]
John Sheridan [JS 9127]
GLEASON, MARRINAN &
MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, NY 10004
(212) 425-3240
*Co-Counsel to Defendant
NYSA-ILA Contract Board
and Counsel for International
Longshoremen's Association, AFL-CIO*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 30 2007 ★
P.M. _____
TIME A.M. _____

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

JOSEPH DINAPOLI,

                        Plaintiff,

-against-

LOCAL 1814 INTERNATIONAL
LONGSHOREMAN'S ASSOCIATION, AFL-CIO;
INTERNATIONAL LONGSHOREMAN'S
ASSOCIATION, AFL-CIO (ILA);
NEW YORK SHIPPING ASSOCIATION, INC.;
NYSA-ILA CONTRACT BOARD;
AMERICAN STEVEDORING, INC.;
CLINT CATUCCI;
SABATO CATUCCI;
INDIVIDUALLY AND JOINTLY AND SEVERALLY

                       Defendant(s)

-------------------------------------------------------------- X

**ECF CASE**

06-CV-3565 (ENV)(SMG)

**CONSENT ORDER**

      **IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED** by and among the undersigned counsel for Plaintiff JOSEPH DINAPOLI and for Defendants NEW YORK SHIPPING ASSOCIATION, INC. (NYSA), the INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO (ILA), the NYSA-ILA CONTRACT BOARD (Contract Board), and LOCAL 1814, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO (Local 1814) (hereinafter the "non-American Stevedoring, Inc. (ASI) Defendants"), as follows:

*[handwritten at top: The dis continues as to Local 1814 [limited?] to this action 06-CV-3565]*

1. All claims against the non-ASI Defendants are discontinued with prejudice, and each party shall bear its own costs, disbursements, and attorneys' fees. *[handwritten: limited to this lawsuit Local 1814 will be dismissed and Remain as Defend' in the first lawsuit]*

2. The non-ASI Defendants agree that the non-ASI Defendants will take all steps necessary to restore plaintiff to his former position, should plaintiff prevail by settlement or judgment against the ASI defendants in his employment discrimination action against ASI.

**Dated:** New York, New York
January 8, 2007

THE LAMBOS FIRM

By_____
Donato Caruso [DC 7565]
Carol N. Lambos [CL 1231]
Ann Marie Flynn [AMF 9325]
29 Broadway, 9th Floor
New York, NY 10006
(212) 943-2470
*Co-Counsel to Defendant
NYSA-ILA Contract Board
and Counsel for New York
Shipping Association, Inc.*

GLEASON, MARRINAN &
MAZZOLA MARDON, P.C.

By_____
Kevin Marrinan [KM 6450]
John Sheridan [JS 9127]
26 Broadway, 17th Floor
New York, NY 10004
(212) 425-3240
*Co-Counsel to Defendant
NYSA-ILA Contract Board
and Counsel for International
Longshoremen's Association, AFL-CIO*

ROBERT H. BOGUCKI, P.C.

By_____
Robert H. Bogucki [RB 7191]
666 Old Country Road, Suite 601
Garden City, New York 11530
(516) 739-1950
*Counsel for Local 1814,
International Longshoremen's
Association, AFL-CIO*

_____
Jason S. Pergolizzi, Esq. [JP 5309]
8208 18th Avenue, Suite One
P.O. Box 140504
Brooklyn, New York 11214
(718) 236-6008
*Counsel for Plaintiff*

**SO ORDERED** this 23rd day of January, 2007.

/s/ Hon. Eric N. Vitaliano
United States District Judge

87657.1